IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MARTIN DYCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:20-cv-00157-DRL-MGG |
| | ) |
| TYSON FRESH MEATS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Martin Dych, and Defendant, Tyson Fresh Meats, Inc., through their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal with prejudice of all claims in the above-captioned action, with each party to bear its own costs, disbursements, and attorney fees.

This 17th day of November, 2020.

 /s/ Taylor J. Ferguson                                    /s/ Justin A. Allen   (with permission)
Andrew Dutkanych, III                                 Todd J. Kaiser
Biesecker Dutkanych & Macer LLC            Justin A. Allen
411 Main Street                                             Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Evansville, IN 47708                                     111 Monument Circle, Suite 4600
Telephone: 812-424-1000                            Indianapolis, IN 46204
Fax: 812-424-1005                                       Telephone: 317-976-1300
ad@bdlegal.com                                          Fax: 317-916-9076
tferguson@bdlegal.com                              todd.kaiser@ogletree.com
                                                                    justin.allen@ogletree.com

HB: 4846-9867-0033.1